**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARY KEELER, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | **Civil Action No.: 07-2122 (RWR)** |
| | ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** | ] | |
| | ]s | |
| **Defendant.** | ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, MARY KEELER, THOMAS KEELER, ALYSSA ALBERTELLI, MARK JOSEPHS, SARA LEE and EDWARD LEE in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Benjamin J. Cooper
BENJAMIN J. COOPER, #502149
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046