THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KEELER, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION No. 1:07-cv-02122-RWR |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

          Respectfully submitted,

          SHOOK, HARDY & BACON, L.L.P.

          /s/ Michelle R. Mangrum
          Michelle R. Mangrum, D.C. Bar No. 473634
          600 14TH Street, N.W., Suite 800
          Washington, D.C. 20005-2004
          (202) 783-8400 Telephone
          (202) 783-4211 Facsimile

          **ATTORNEY FOR DEFENDANT**
          **ELI LILLY AND COMPANY**

144017v1

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 29th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

                                             /s/ Michelle R. Mangrum
                                             **ATTORNEY FOR DEFENDANT**
                                             **ELI LILLY AND COMPANY**

144017v1