THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KEELER, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION No. 1:07-cv-02122-RWR |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, D.C. Bar No. 494290
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

144016v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 29th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine  
Aaron M. Levine & Associates  
1320 19th Street, N.W., Suite 500  
Washington, D.C. 20036  
**Attorneys for Plaintiffs**

                          /s/ Judith L. O'Grady  
                          **ATTORNEY FOR DEFENDANT**  
                          **ELI LILLY AND COMPANY**

144016v1