IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KEELER, et al. )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY )<br>)<br>)<br>)<br>*Defendant*. ) | Case No.: 1:07-CV-2122-RWR<br>Next Event: Initial Scheduling<br>   Conference on January 9, 2008 at<br>   11:15 a.m. |

## CONSENT MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2 (d) of the Local Rules of this Court, the undersigned counsel John Chadwick Coots, hereby moves with consent of the Plaintiffs the admission *pro hac vice* of the following counsel as an attorney for the Defendant in litigation in this Court:

Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005
202.783.8400 Telephone
202.783.4211 Facsimile
ekleiman@shb.com

Ms. Kleiman is a member in good standing of the United States District Court for the District of Maryland. A certificate of good standing is filed contemporaneously herewith.

Therefore, Defendant respectfully requests that this Court execute the proposed order submitted herewith admitting Ericka L. Kleiman to practice before this Court, in this matter, as counsel for Defendant.

Dated: January 7, 2008

144801v1

Respectfully submitted,

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW, Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

144801v1

## LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Rule 7(m), Defendant Eli Lilly and Company certifies that, through its counsel, it conferred with plaintiffs' counsel to determine whether plaintiffs oppose the relief requested in this motion. Plaintiffs' counsel indicated that plaintiffs consent to the granting of this motion.

/s/ John Chadwick Coots

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of January, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

144801v1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KEELER, et al. ) | |
| ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 1:07-CV-2122-RWR |
| ) | Next Event: Initial Scheduling |
| ELI LILLY AND COMPANY ) | Conference on January 9, 2008 at |
| ) | 11:15 a.m. |
| ) | |
| *Defendant*. ) | |

## ORDER

IT IS ORDERED that, Ericka L. Kleiman, is admitted to practice pro hac vice, in the case mentioned above, before the United States District Court for the District of Columbia, as attorney for: Eli Lilly and Company.

Dated: January _____, 2008

_____
United States District Judge

144801v1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY KEELER, et al. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 1:07-CV-2122-RWR |
| ) | Next Event: Initial Scheduling |
| ELI LILLY AND COMPANY ) | Conference on January 9, 2008 at |
| ) | 11:15 a.m. |
| *Defendant*. ) | |

### AFFIDAVIT OF ATTORNEY ERICKA L. KLEIMAN

In support of the Motion for Admission Pro Hac Vice for Attorney Ericka L. Kleiman, I, the undersigned, on this 7th day of January, 2008, state the following:

1. I hereby certify that there are no grievances pending against me in any jurisdiction and that I have never been reprimanded, suspended, placed on inactive status, disbarred. I further certify that I have never resigned from the practice of law.

2. My current office address and telephone number is:

> Ericka L. Kleiman, Esq.
> Shook, Hardy & Bacon, LLP
> 600 14th Street, NW, Suite 800
> Washington, DC 20005
> 202.783.8400 Telephone
> 202.783.4211 Facsimile
> ekleiman@shb.com

3. I am currently admitted to the Maryland state bar as well as the U.S. District Court for the District of Maryland.

4. In the last two years, I have appeared *pro hac vice* in this Court in one case – *Vincent v. Eli Lilly and* Company, Case No. 1:07-CV-2122.

5. My bar application to the District of Columbia is pending.

              Respectfully,

              Ericka L. Kleiman
              Shook, Hardy & Bacon L.L.P.
              600 14th St., NW, Suite 800
              Washington, DC 20005
              (202) 783-8400

DISTRICT OF      )
          )ss.
COLUMBIA       )

On this 7th day of January, 2008, before me, a notary public in and for said state, personally appeared Ericka L. Kleiman, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

              _____
              NOTARY PUBLIC

My Commission Expires:

10/14/09

Michel Y. Thompson
Notary Public, District of Columbia
My Commission Expires 10-14-2009



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that ERICKA L. KLEIMAN, ESQUIRE, BAR NUMBER 26929, was duly admitted to practice in the United States District Court for the District of Maryland on OCTOBER 11, 2002, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

Date: JUNE 19, 2007

FELICIA C. CANNON
Clerk

*Catherine M.K. Scaffidi*
Catherine Scaffidi - Deputy Clerk